UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE TINITALI, | No. 2:15-cv-2068-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO DISTRICT ATTORNEY, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On October 8, 2015, and again on November 10, 2015, the court found that plaintiff did not submit a proper certified copy of her trust account statement with her application to proceed in forma pauperis. Accordingly, the court ordered plaintiff to file the required certified copy of her trust account statement. The order gave plaintiff 30 days to file the required statement and warned her that failure to do so may result in this action being dismissed.

/////

/////

1

The 30-day period has expired and plaintiff has not filed a certified copy of her trust account statement or otherwise responded to the court's order.

Accordingly, this action is dismissed without prejudice.

Dated: January 7, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE